UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN OZENKOSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17 CV 1414 CDP |
| | ) | |
| CITY OF JENNINGS, | ) | |
| MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the September 4, 2018 jury trial setting is

vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, thirty (30) days of the

date of this order, a stipulation for dismissal, a motion for leave to voluntarily

dismiss, or a proposed consent judgment.   Failure to timely comply with this order

shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of January, 2018.