UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLEN OZENKOSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 4:17-CV-01414 CDP |
| vs. | ) |
| | ) |
| CITY OF JENNINGS et. al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Comes Now, Plaintiff, Glen Ozenkoski, Defendants City of Jennings, Francine Dugger, Kimberly Smith, and Rise Johnson by and through their respective counsel, and states all matters in the above-captioned matter are resolved. Accordingly, the claims against Defendants should be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

LAW OFFICES OF CHRISTOPHER BENT

By:/s/ Christopher Bent
Christopher B. Bent #45785MO
2200 West Port Plaza Drive, Ste. 306
St. Louis, MO  63146
Phone:314-551-0898
Fax:    314-558-2622
E-mail:cbb@cbentlaw.com

*Attorneys for Plaintiff*

KING, KREHBIEL & HELLMICH, LLC

By: */s/ William Hellmich*
William A. Hellmich #31182MO
2000 South Hanley Road
St. Louis, MO  63144-1524
Phone:314-646-1110
Fax:    314-646-1122
E-mail: bhellmich@kingkrehbiel.com

*Attorneys for Defendants City of Jennings, Francine Dugger, Kimberly Smith, and Rise' Johnson*